### In re RICHARDSON–MERRELL INC. "Bendectin" Products Liability Litigation (No. II).

### No. 486.

Judicial Panel on Multidistrict Litigation.

Feb. 9, 1982.

As Corrected March 1 and March 11, 1982.

**490**

Before ANDREW A. CAFFREY,* Chairman, and ROY W. HARPER, CHARLES R. WEINER, EDWARD S. NORTHROP, ROBERT H. SCHNACKE, FRED DAUGHERTY, and SAM C. POINTER, Jr., Judges of the Panel.

## TRANSFER ORDER

PER CURIAM.

Presently before the Panel are 45 actions pending in 22 districts as follows:

| | |
|---|---|
| Eastern District of Michigan | 6 |
| Eastern District of Pennsylvania | 5 |
| Eastern District of Louisiana | 4 |
| Northern District of Alabama | 3 |
| Western District of Louisiana | 3 |
| Southern District of Ohio | 3 |
| Northern District of Texas | 3 |
| District of Kansas | 2 |
| Southern District of New York | 2 |
| District of Nevada | 2 |
| Northern District of California | 1 |
| Middle District of Florida | 1 |
| Southern District of Florida | 1 |
| Eastern District of Kentucky | 1 |
| Middle District of Louisiana | 1 |
| District of Maryland | 1 |
| Eastern District of New York | 1 |
| Western District of Oklahoma | 1 |
| Western District of Pennsylvania | 1 |
| Eastern District of Texas | 1 |
| Southern District of Texas | 1 |
| Eastern District of Wisconsin | 1 |

Defendant Richardson-Merrell Inc. (Merrell) has moved to centralize, pursuant to 28 U.S.C. § 1407, actions in this docket in the Southern District of Ohio for coordinated or consolidated pretrial proceedings.[1]

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Southern District of Ohio will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in each action that birth defects were caused by the mother's ingestion during pregnancy of Bendectin, a combination drug manufactured and distributed by Merrell. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The Southern District of Ohio is clearly the most preferable transferee district. Merrell's operations relating to Bendectin are carried on at Merrell's facilities in Cin-

---

* Judge Caffrey recused himself and took no part in the decision of this matter.

1. Merrell originally moved the Panel for centralization of 48 actions and subsequently amended its motion for the sole purpose of adding certain actions and deleting other actions. Merrell's amended motion, filed on October 16, 1981, seeks centralization of 52 actions. The schedule of actions attached to Merrell's amended motion, however, includes six actions—*Claudia Ann Gagliano, et al. v. Merrell-National Laboratories, Inc.*, E.D.Louisiana, C.A.No. 81–516; *Bradley B. Doe, et al. v. Merrell-National Laboratories, et al.*, E.D.Michigan, C.A.No. 80–71256; *Gina Maurer, et al. v. The William S. Merrell Co., et al.*, E.D.New

York, C.A.No. 79–C–3211; Patrick T. Karl, et al. v. Merrell-National Laboratories, D.Minnesota, C.A.No. Civ 4–80–80; Charles C. Doe, et al. v. Merrell-National Laboratories, et al., E.D. Michigan, C.A.No. 80–71328; and Stephen Carlile, et al. v. Vic Chemical Co., et al., W.D.Texas, C.A.No. A–81–CA–314—which have been dismissed. In addition, at the oral argument on this matter, counsel for Merrell advised the Panel that Merrell had withdrawn another action—James V. Phillips, et al. v. Merrell-National Laboratories, Inc., et al., S.D.Florida, C.A.No. 80–8321–Civ–ALH—from the scope of its motion. Accordingly, Merrell's amended motion encompasses a total of 45 actions presently pending in federal district courts.

cinnati, and thus many key witnesses and relevant documents are likely to be found in the Southern District of Ohio.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of Ohio be, and the same hereby are, transferred to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable Carl B. Rubin for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

## SCHEDULE A

### Northern District of Alabama

*John W. Greer, Jr., et al. v. Merrell-National Laboratories,* C.A.No. CV–80–G–0694–M

*Stephen H. Stanley, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. CV–80–H–0702–S

*Melinda L. Tallant, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. CV–80–HM–0746–M

### Northern District of California

*Michelle Baduske, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. C81–2449–WAI

### Southern District of Florida

*Jessica Bartels, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. 79–8348–Civ–NCR

### Middle District of Florida

*Thomas S. Birchfield, Jr., et al. v. Merrell-National Laboratories, Inc.,* C.A.No. 80–209–Orl–Civ–Y

### District of Kansas

*Amy L. Bruggeman, et al. v. Merrell-National Laboratories,* C.A.No. 81–2099

*Kevin M. Stickelman, et al. v. Merrell-National Laboratories,* C.A.No. 80–2004

### Eastern District of Kentucky

*Estate of Alyssia McLeod, etc., et al. v. Merrell-National Laboratories,* C.A.No. 81–73

### Western District of Louisiana

*Paul M. Chance, et al. v. Richardson-Merrell, Inc.,* C.A.No.CI 80–1311

*John K. Comboy, et al. v. Merrell-National Laboratories, Inc.,* C.A.No.CI 80–1220

*Sabrina M. Cooper, et al. v. Merrell-National Laboratories, Inc.,* C.A.No.CI 80–1410

### Middle District of Louisiana

*Warren W. Gallaspy, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. 80–405B

### Eastern District of Louisiana

*Thelma Hines, et al. v. Richardson Merrell, Inc., et al.,* C.A.No. 81–686

*Suzanne Strickland, et al. v. Richardson Merrell, Inc., et al.,* C.A.No. 80–4448

*Michael E. Wilson, et al. v. Merrell-National Laboratories, et al.,* C.A.No. 80–3651

*Carmen Gonzales Gomez, etc., et al. v. Merrell-National Laboratories, et al.,* C.A.No. 81–2022–Sec.A

### Eastern District of Michigan

*Albert A. Doe, et al. v. Merrell-National Laboratories,* C.A.No. 80–70010

*Daniel D. Doe, et al. v. Merrell-National Laboratories,* C.A.No. 80–72902

*Demetria Gradison, et al. v. Merrell-National Laboratories,* C.A.No. 81–72067

*Rebecca Matichuk, et al. v. Merrell-National Laboratories,* C.A.No. 81–71762

*LaVerne M. Burzynski, et al. v. Merrell-National Laboratories,* C.A.No. 81–10021

*Brian Wolfe v. Merrell-National Laboratories,* C.A.No. 81–70192

### District of Maryland

*Larry Davis Hodge, II, et al. v. Richardson Merrell, Inc.,* C.A.No. M–81–214

### Southern District of New York

*Lewis Jassey, et al. v. Richardson Merrell, Inc., et al.,* C.A.No. 80 Civ 5468 (ML)

*Nicole Marie Hess, et al. v. Richardson-Merrell, Inc., et al.,* C.A.No. 81 Civ 3365

### Eastern District of New York

*Kelly E. O'Brien, et al. v. Richardson Merrell, Inc., et al.,* C.A.No. 81C1694

### District of Nevada

*Bridget A. Dickerson, et al. v. Richardson Merrell, Inc.,* C.A.No. CV–LV–81–457–HEC

*Steven R. C. Howe, et al. v. Richardson-Merrell, Inc.,* C.A.No. CV–LV–80–352

### Western District of Oklahoma

*Sarah E. East, et al. v. Merrell-National Laboratories,* C.A.No.Civ.–81–866D

### Southern District of Ohio

*Troy Hill, et al. v. Merrell-National Laboratories, et al.,* C.A.No. C–2–80–354

*Sarah A. Hoffman, et al. v. Merrell-National Laboratories, Inc.,* C.A.No. C–1–80–286

*Robbin E. Thomas, et al. v. Merrell-National Laboratories,* C.A.No. C–1–81–069

### Eastern District of Pennsylvania

*Jennifer Branda, et al. v. Richardson-Merrell, Inc.,* C.A.No. 81–2605

*Megan Mahan, et al. v. Richardson-Merrell, Inc.,* C.A.No. 81–0885

*Jesse Nariskus, et al. v. Richardson-Merrell, Inc.,* C.A.No. 81–3575

*Ryan Hayes, et al. v. Richardson-Merrell, Inc.,* C.A.No. 81–3772

*Dennis J. Cogan, et al. v. Richardson-Merrell, Inc.,* C.A.No. 81–2538

### Western District of Pennsylvania

*Milton Wright, et al. v. Richardson-Merrell, Inc., et al.,* C.A.No. 80–105B Erie

### Northern District of Texas

*Lestor Elliott, et al. v. Merrell-National Laboratories, et al.,* C.A.No. CA3–80–1294–F

*Frank Whiddon, et al. v. Merrell-National Laboratories, et al.,* C.A.No. CA3–80–1298–H

*Gary Ross McBay, et al. v. Richardson-Merrell, Inc., et al.,* C.A.No. CA3–81–1295–F

### Eastern District of Texas

*John I. Williams, et al. v. Merrell-National Laboratories, et al.,* C.A.No. B–80–542–CA

### Southern District of Texas

*Clyde E. Mack, et al. v. Merrell-National Laboratories,* C.A.No. H–81–361

### Eastern District of Wisconsin

*Anne M. Von Paumgartten, et al. v. Merrell-National Laboratories,* C.A.No. 80–C–244